# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG HEE CHUNG,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIFIN, INC.,<br><br>  Defendant. | Case No.: CV 22-2143-DMG (AFMx)<br><br>**ORDER RE DISMISSAL OF ACTION PURSUANT TO FRCP 41(A)(1)(A)(II) [17]** |

Pursuant to the parties' Stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED THAT the above-captioned action is DISMISSED WITH PREJUDICE with respect to all Parties named herein and as to all claims and causes of action, with the parties bearing their own respective attorneys' fees and costs.  The Court retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order.

DATED: July 22, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE